IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER BROWN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | **NO. 09-3892** |
| | : | |
| **DAVITA INC., CHRISTOPHER PAUL,** | : | |
| **LINDA GAETO AND JILL TORTUAL,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 10th day of November, 2011, upon consideration of Defendants' Motion for Judgment on the Pleadings as to Plaintiff's Defamation Claim (Document No. 44, filed October 6, 2011), Plaintiff Jennifer Brown's Reply in Opposition to Defendant's Motion for Judgment on the Pleadings (Document No. 45, filed October 24, 2011), and Defendants' Reply in Support of their Motion for Judgment on the Pleadings (Document No. 46, filed October 25, 2011), **IT IS ORDERED** that Defendants' Motion for Judgment on the Pleadings as to Plaintiff's Defamation Claim is **GRANTED**.

BY THE COURT:

  /s/ Hon. Jan E. DuBois
 **JAN E. DUBOIS, J.**