IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER BROWN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| vs. | : | **NO. 09-3892** |
| | : | |
| **DAVITA DIALYSIS,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 13th day of February, 2012, upon consideration of Defendant's Motion in Limine to Preclude the Introduction of or Any Reference to the Corrective Action Form Issued to Christopher Paul in April 2010 and the March 29, 2010 Emails Between Dennis Skrajewski, Matthew Assise, and Christopher Paul (Document No. 58, filed January 24, 2012), Plaintiff's Answer to Defendant's Motion in Limine to Preclude Plaintiff's Exhibit Nos. 3 and 7 (Document No. 59, filed February 3, 2012), Plaintiff Jennifer Brown's Motion in Limine to Preclude Evidence and for Costs as a Sanction for Bad Faith Violation of Discovery Order (Document No. 60, filed February 3, 2012), and Deendant's [sic] Brief in Opposition to Plaintiff's Motion in Limine to Preclude Evidence and For Costs as Sanctions for Bad Faith Violation of Discovery Order (Document No. 61, filed February 9, 2012), for the reasons stated in the Memorandum dated February 13, 2012, **IT IS ORDERED** as follows:

1. Defendant's Motion in Limine to Preclude the Introduction of or Any Reference to the Corrective Action Form Issued to Christopher Paul in April 2010 and the March 29, 2010 Emails Between Dennis Skrajewski, Matthew Assise, and Christopher Paul is **GRANTED**.

2. Plaintiff Jennifer Brown's Motion in Limine to Preclude Evidence and for Costs as a Sanction for Bad Faith Violation of Discovery Order is **DENIED AS MOOT** to the extent that

plaintiff asks the Court to exclude Defendant's Exhibit 8, and **DENIED** in all other respects.

                                        **BY THE COURT:**

                                        <u>   /s/ Hon. Jan E. DuBois   </u>
                                        **JAN E. DUBOIS, J.**