IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER BROWN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| vs. | : | **NO. 09-3892** |
| | : | |
| **DAVITA DIALYSIS,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 4th day of April, 2012, upon consideration of Defendant's Motion in Limine to Preclude the Introduction of or Any Reference to Christopher Paul's May 17, 2010, Resignation Letter (Document no. 65, filed February 17, 2012), Plaintiff Jennifer Brown's Answer to Defendant's Motion in Limine to Preclude Plaintiff's Exhibit 1 (Document no. 68, filed February 27, 2012), Plaintiff's Motion in Limine to Exclude Any Evidence, Reference, Argument, Suggestion and/or Innuendo that Linda Gaeto Is Not the Proper Comparator to Plaintiff Jennifer Brown (Document no. 67, filed February 23, 2012), and Defendant's Brief in Opposition to Plaintiff's Motion in Limine to Exclude Any Evidence, Reference, Argument, Suggestion and/or Innuendo that Linda Gaeto Is Not the Proper Comparator to Plaintiff Jennifer Brown (Document no. 69, filed February 28, 2012), for the reasons stated in the Memorandum dated April 4, 2012, **IT IS ORDERED** as follows:

1. Defendant's Motion in Limine to Preclude the Introduction of or Any Reference to Christopher Paul's May 17, 2010, Resignation Letter is **GRANTED**.

2. Plaintiff's Motion in Limine to Exclude Any Evidence, Reference, Argument,

Suggestion and/or Innuendo that Linda Gaeto Is Not the Proper Comparator to Plaintiff Jennifer Brown is **DENIED**.

                                      **BY THE COURT:**

                                        **/s/ Hon. Jan E. DuBois**
                                      **JAN E. DUBOIS, J.**